**SHELTER MUTUAL INSURANCE COMPANY, Petitioner,**

v.

**Winnie TAM, Respondent.**

**No. 90SC188.**

Supreme Court of Colorado, En Banc.

Aug. 27, 1990.

Petition for Writ of Certiorari GRANTED.